```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 00939
   ANDRE D SMITH
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-9809


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 01/16/2008 and was confirmed 06/04/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

      The case was dismissed after confirmation 10/20/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS              CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                 PAID          PAID
--------------------------------------------------------------------------
CAPITAL ONE                UNSEC W/INTER        598.63            .00           .00
OPTION ONE MORTGAGE        CURRENT MORTG          .00             .00           .00
OPTION ONE MORTGAGE        MORTGAGE ARRE          .00             .00           .00
OPTION ONE MORTGAGE        CURRENT MORTG          .00             .00           .00
OPTION ONE MORTGAGE        MORTGAGE ARRE          .00             .00           .00
OPTION ONE MORTGAGE        CURRENT MORTG          .00             .00           .00
OPTION ONE MORTGAGE        SECURED NOT I          .00             .00           .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER        889.23            .00           .00
HSBC MORTGAGE SVCS         CURRENT MORTG          .00             .00           .00
HSBC MORTGAGE SVCS         SECURED NOT I          .00             .00           .00
SELECT PORTFOLIO SERVICI   CURRENT MORTG          .00             .00           .00
SELECT PORTFOLIO SERVICI   MORTGAGE ARRE       1734.00            .00         1734.00
ALLIANT CREDIT UNION       SECURED VEHIC          .00             .00           .00
CHASE                      UNSEC W/INTER    NOT FILED             .00           .00
ECAST SETTLEMENT CORP      UNSEC W/INTER      1211.16             .00           .00
ECAST SETTLEMENT CORP      UNSEC W/INTER      7755.64             .00           .00
MEDICAL COLLECTIONS SYS    UNSEC W/INTER    NOT FILED             .00           .00
MEDICAL COLLECTIONS SYS    UNSEC W/INTER    NOT FILED             .00           .00
MEDICAL COLLECTIONS SYS    UNSEC W/INTER    NOT FILED             .00           .00
LATANIA MARDIS             NOTICE ONLY      NOT FILED             .00           .00
DORSEY SMITH               NOTICE ONLY      NOT FILED             .00           .00
HSBC MORTGAGE SERVICES     NOTICE ONLY      NOT FILED             .00           .00
SECOND START               DEBTOR ATTY        1,854.00                        1,854.00
TOM VAUGHN                 TRUSTEE                                             312.00
DEBTOR REFUND              REFUND                                                .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               3,900.00


                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 00939 ANDRE D SMITH
```

```
PRIORITY                                                                    .00
SECURED                                                                1,734.00
UNSECURED                                                                   .00
ADMINISTRATIVE                                                         1,854.00
TRUSTEE COMPENSATION                                                     312.00
DEBTOR REFUND                                                               .00
                                        ---------------        ---------------
TOTALS                                         3,900.00               3,900.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/27/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```